UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                        RE:    Jorge Narez AGUILAR
                                Docket Number:  1:04CR05185-018
                                **PERMISSION TO TRAVEL**
                                **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Mexico as his elderly grandfather is gravely ill.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 19, 2006, the releasee was sentenced for the offense of 21 USC 841(a)(1), Distribution of Methamphetamine, Class C Felony.

**Sentence imposed:**  24 months custody of the Bureau of Prisons; 36 months supervised release; $100 special assessment.  Special conditions include:  Search; Counseling/testing; Aftercare co-payment; Register as a narcotic offender; DNA collection.

**Dates and Mode of Travel:**  The offender and his family would like to leave on December 13, 2007, and travel by automobile to Tijuana, Mexico.  They will then fly on a commercial airline to Michoacan, Mexico, returning by the same route on December 17, 2007.

**RE:** Jorge Narez AGUILAR
Docket Number: 1:04CR05185-018
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:** The supervised releasee is requesting the Court expedite permission to travel to Mexico with his parents and siblings for a period of four days to visit his elderly grandfather who is very ill. If allowed to travel out of the country, the releasee will be instructed to report to the United States Customs Officials upon his entry and exit from Mexico.

Respectfully Submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH**
**United States Probation Officer**

**DATED:**   December 11, 2007
Modesto, California
SKD:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved      X             Disapproved _____

IT IS SO ORDERED.

**Dated:   December 14, 2007**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE